| D/WI Prob 22 (Rev 01/24) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0757 1:23CR00227 - 1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 25cr385 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: Nikhil S Mahtani | DISTRICT Eastern District of Wisconsin | DIVISION Green Bay | |
|---|---|---|---|
| ADDRESS From: 2023-11-27 To: 2024-08-20 | NAME OF SENTENCING JUDGE William C. Griesbach | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE Supervised Release | FROM 05/19/2025 | TO 05/18/2028 |

**OFFENSE**
Wire Fraud, in violation of 18 U.S.C. § 1343

JUDGE RAMOS   JUDGE RAMOS   JUDGE RAMOS

**JUSTIFICATION/REASON FOR TRANSFER** (eg., prosocial ties, employment/education opportunities, violation of supervision)

On 06/12/2024, Mr. Mahtani was sentenced to 15 months prison, followed by 3 years supervised release.

Mr. Mahtani released from the custody of the Bureau of Prisons to his term of supervised release on 05/19/2025, has established residency at the above address, and has thus far maintained compliance with the imposed conditions of supervised release. Mr. Mahtani is a near lifelong resident of New York City, and at this point in time, has expressed no interest in returning to Wisconsin. As such, the U.S. Probation Office in the Southern District of New York has requested jurisdiction of this case as a means to more effectively supervise Mr. Mahtani.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 21, 2025
Date

s/ William C. Griesbach
William C. Griesbach
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/25/25
Effective Date

[signature: Katharine H. Parker]
United States District Judge